Matter of Banc of Am. Sec. v Knight (2004 NY Slip Op 50467(U))

[*1]

Matter of Banc of Am. Sec. v Knight

2004 NY Slip Op 50467(U)

Decided on May 19, 2004

Supreme Court, New York County

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on May 19, 2004

Supreme Court, New York County
In the Matter of the Application of BANC OF AMERICA SECURITIES Petitioner,
 against
PARKER W. KNIGHT, JR. Respondent.

Opinion withdrawn from on-line only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See Matter of Banc of Am. Sec. v Knight, 2004 NY Slip Op 24232.